FILED IN OPEN COURT
U.S.D.C.-Atlanta

JUN 2 4 1992

LUTHER D. THOMAS, CLERK
By: B. Walker
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
:
v. :
:
NEWOKY M. GRAHAM :
:

CRIMINAL INDICTMENT

NO. 1:92-CR-213

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about May 25, 1992, in the Northern District of Georgia, the defendant, NEWOKY M. GRAHAM, did knowingly import into the United States from a location outside thereof, a quantity of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 952.

COUNT TWO

On or about May 25, 1992, in the Northern District of Georgia, the defendant, NEWOKY M. GRAHAM, did knowingly possess with intent to distribute a quantity of heroin, a Schedule I narcotic

ATTEST: A TRUE COPY
CERTIFIED THIS

MAY 1 6 2007

James N. Hatten, Clerk
By:
Deputy Clerk

controlled substance, in violation of Title 21, United States Code, Section 841.

A True BILL

Patricia Hodgson

FOREPERSON

Joe D. Whitley /by

JOE D. WHITLEY
UNITED STATES ATTORNEY

Candiss L. Howard

CANDISS L. HOWARD
ASSISTANT UNITED STATES ATTORNEY